UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LUCINDA COMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-3136-TWP-MPB |
| | ) |
| SPARTAN STAFFING, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Upon the parties' Stipulation of Dismissal, it is ordered that the above-entitled cause be dismissed, with prejudice, costs paid.

Date: 1/31/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

COPIES TO:

Clinton E. Blanck, #19270-32
RIFKIN, BLANCK & RUBENSTEIN, P.C.
11550 North Meridian Street, Suite 115
Carmel, Indiana 46032
cblanck@rifkinlegal.com

Marcia A. Mahony
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
mmahony@k-glaw.com

161658\4328385-1